UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAOCHEN LU,

                Plaintiff,

        - against -

KRISTI NOEM, ET AL.,

                Defendants.

25-cv-8538 (JGK)

[~~MEMORANDUM OPINION AND~~] ORDER

---

JOHN G. KOELTL, District Judge:

The conference scheduled for Wednesday, Friday 11, 2026, at 12:30 p.m., is canceled.

SO ORDERED.

Dated:    New York, New York
           February 5, 2026

                              _____
                                John G. Koeltl
                   United States District Judge